FILED
98 OCT 16 PM 3:
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT RYLES, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 96-AR-2650-E |
| ) | |
| J.L. SIVLEY, WARDEN, ) | |
| ) | |
| Respondent ) | |

ENTERED
OCT 16 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation. The petitioner has not filed any objections to the Report and Recommendation. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the respondent's motion to dismiss is due to be granted and the petition for writ of habeas corpus dismissed. An appropriate order will be entered.

DONE, this 16th day of October, 1998.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE